AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Locke, Steven I. | District Court, Eastern District of New York | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 1/1/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

100 Federal Plaza
Room 824
Central Islip,, NY 11722

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | St Johns University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | St Johns University, Teaching | $8,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | State of New York, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Locke, Steven I.** | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Loan Depot | Mortgage on ██████████████ /rental property #1, Brooklyn, NY, Pt VII, ████ | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Citibank Cash Accounts | A | Interest | L | T | | | | | |
| 2. Hormel, Inc Common Stock | A | Dividend | J | T | | | | | |
| 3. Brokerage Account #1 (H) | | | | | | | | | |
| 4. -JPM US Treasury Plus Money Market Fund | A | Dividend | | | Redeemed | 03/02/20 | K | | |
| 5. -JPMorgan Deposit Account B | A | Interest | J | T | Open | 03/02/20 | K | | |
| 6. Acct B -Apple Inc Common Stock | A | Dividend | J | T | | | | | |
| 7. -Corning Inc | A | Dividend | K | T | Buy | 06/18/20 | K | | |
| 8. -Walt Disney Co Common Stock | A | Dividend | J | T | | | | | |
| 9. -First Horizon Natl Corp Common Stock | A | Dividend | J | T | | | | | |
| 10. -International Business Machines Common Stock | B | Dividend | K | T | | | | | |
| 11. -International Paper Co | A | Dividend | K | T | Buy | 08/13/20 | K | | |
| 12. -Macquirie Infrastructure Corp - Was Macquirie Infrastructure LLC | A | Dividend | K | T | | | | | |
| 13. -Motorola Solutions Inc. Common Stock | A | Dividend | | | Sold | 08/13/20 | J | C | |
| 14. -Microchip Technology Inc Common Stock | A | Distribution | J | T | | | | | |
| 15. -Pfizer Inc Common Stock | A | Dividend | K | T | | | | | |
| 16. -Terra Inventions Corp Common Stock | | None | J | T | | | | | |
| 17. -Viatris Inc | | None | J | T | Spinoff (from line 15) | 11/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Locke, Steven I.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Brokerage Account #2(H) | | | | | | | | | |
| 19. -Columbia Acorn Fund A | C | Dividend | K | T | | | | | |
| 20. Brokerage Account #3 (H) | | | | | | | | | |
| 21. -Apple, Inc | A | Dividend | J | T | | | | | |
| 22. -Corning, Inc. | A | Dividend | J | T | | | | | |
| 23. -Walt Disney Co | A | Dividend | J | T | | | | | |
| 24. -International Business Machines Corp | A | Dividend | J | T | | | | | |
| 25. -Pepsico | A | Dividend | K | T | | | | | |
| 26. -Cash - JPMorgan Securities | | None | J | T | | | | | |
| 27. Brokerage Account #4 (H) | | | | | | | | | |
| 28. -Apple, Inc | A | Dividend | J | T | | | | | |
| 29. -Walt Disney Co | A | Dividend | J | T | | | | | |
| 30. -Pepsico | A | Dividend | J | T | | | | | |
| 31. -Cash - JPMorgan Securities | | None | J | T | | | | | |
| 32. Retirement Account #1 (H) | | | | | | | | | |
| 33. -NM FDIC Insured Depoit Program | A | Interest | | | Closed | 04/16/20 | J | | |
| 34. -Morgan Stanley Bank Insued Cash Account | A | Interest | J | T | Open | 04/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -AB Global Bond Fd Adv Cl | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 36. | -American Century Short Duration Inflation Protection Bd Fd Inv Cl | A | Dividend | | | Sold | 03/12/20 | J | | |
| 37. | -Baron Emerging Markets Fund Institutional Class | A | Dividend | | | Sold | 04/23/20 | K | | |
| 38. | -Blackrock Strategic Income Opp Portfolia Fd Inlst Cl | A | Dividend | | | Sold | 04/23/20 | J | | |
| 39. | -Blackrock Floating Rate Income Portfolio Fund Institutional Cl | A | Dividend | | | Sold | 04/23/20 | J | | |
| 40. | -Carillon Eagle Small Cp Growth Fund Class I | A | Dividend | | | Sold | 04/23/20 | J | | |
| 41. | -Cohen & Steers Real Estate Securities Fund Class I | A | Dividend | | | Sold (part) | 03/12/20 | J | | |
| 42. | | | | | | Sold | 04/23/20 | J | | |
| 43. | -Fidelity Advisor International Small Cap Fund Class I | A | Dividend | | | Sold | 04/23/20 | J | | |
| 44. | -John Hancock Bond Fund Class I | A | Dividend | | | Sold | 04/23/20 | K | A | |
| 45. | -The Oakmark Inernational Fund Investor Class | A | Dividend | | | Sold | 04/23/20 | K | | |
| 46. | -John Hancock International Growth Fund Class I | A | Dividend | | | Sold | 04/23/20 | K | | |
| 47. | -John Hancock Disciplined Value Mid Cap Fund Class I | A | Dividend | | | Sold | 04/23/20 | J | | |
| 48. | -Pimco Income Fund Class I-2 | A | Dividend | | | Sold | 04/23/20 | K | | |
| 49. | -Principal Midcap Fund Insitutional Class | A | Dividend | | | Sold | 04/23/20 | J | | |
| 50. | -Vanguard REIT Index Fund Admiral Shares | A | Dividend | | | Sold | 04/23/20 | K | | |
| 51. | -Vanguard Developed Markets Index Fund Admiral Class | A | Dividend | | | Sold | 04/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Locke, Steven I.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Ishares Tr Edge MSCI EAFE Minimum Volatility ETF EFAV | A | Dividend | K | T | Buy | 03/12/20 | J | | |
| 53. | | | | | Buy (add'l) | 04/23/20 | J | | |
| 54. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 55. | | | | | Sold (part) | 10/06/20 | J | | |
| 56. -Ishares Tr Core S&P 500 ETF | B | Dividend | | | Sold | 04/23/20 | M | B | |
| 57. -Ishares Tr Core S&P Mid-Cap ETF | A | Dividend | | | Buy (add'l) | 03/12/20 | J | | |
| 58. | | | | | Sold | 04/23/20 | K | | |
| 59. -Ishares Tr Core S&P Small-Cap ETF IJR | A | Dividend | L | T | Buy (add'l) | 04/23/20 | K | | |
| 60. | | | | | Sold (part) | 10/06/20 | J | | |
| 61. -IsharesMSCI EAFE Small Cp ETF SCZ | A | Dividend | J | | Buy | 04/23/20 | J | | |
| 62. | | | | | Sold (part) | 10/06/20 | J | A | |
| 63. -Matthews Asia Dividend Investor Cl MAPIX | A | Dividend | K | | Buy | 04/23/20 | K | | |
| 64. | | | | | Sold (part) | 08/31/20 | J | A | |
| 65. | | | | | Sold (part) | 10/06/20 | J | A | |
| 66. -New World Cl F2 NFFFX | A | Dividend | K | | Sold (part) | 08/31/20 | J | A | |
| 67. | | | | | Sold (part) | 10/06/20 | J | A | |
| 68. -Sprott Physical Golld & Silver Tr Unit CEF | A | Dividend | K | | Buy | 10/06/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Vanguard Short Term Investment Grade Admiral Cl VFSUX | A | Dividend | K | | Buy | 04/23/20 | K | | |
| 70. | | | | | Sold (part) | 10/06/20 | J | A | |
| 71. -Vanguard High Yield Corp Admiral Cl VWEAX | A | Dividend | J | | Buy | 04/23/20 | J | | |
| 72. -Vanguard Large Cap ETF VV | C | Dividend | N | | Buy | 04/23/20 | M | | |
| 73. | | | | | Sold (part) | 08/31/20 | J | B | |
| 74. | | | | | Sold (part) | 10/06/20 | J | B | |
| 75. -Vanguard Long Term Bond Index ETF BLV | A | Dividend | J | | Buy | 04/23/20 | J | | |
| 76. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 77. | | | | | Sold (part) | 10/06/20 | J | | |
| 78. -Vanguard Midcap ETF VO | B | Dividend | M | | Buy | 04/23/20 | M | | |
| 79. | | | | | Sold (part) | 10/06/20 | J | B | |
| 80. -Vanguard Short Term Inflation Protected Securities ETF VTIP | A | Dividend | J | | Buy | 08/21/20 | J | | |
| 81. -Vanguard Total Bond Market ETF BND | A | Dividend | K | | Buy | 04/23/20 | K | | |
| 82. | | | | | Sold (part) | 08/21/20 | J | A | |
| 83. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 84. | | | | | Sold (part) | 10/06/20 | J | A | |
| 85. -Vanguard Total World Stock ETF VT | A | Dividend | M | T | Buy (add'l) | 04/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 87. | | | | | Sold (part) | 08/31/20 | J | A | |
| 88. | | | | | Sold (part) | 10/06/20 | J | A | |
| 89. -Vanguard Index Fds S&P 500 ETF Shs New | A | Dividend | | | Buy (add'l) | 03/12/20 | J | | |
| 90. | | | | | Sold | 04/23/20 | M | | |
| 91. Retirement Account #2 (H) | | | | | | | | | |
| 92. --NM Fdic Insured Deposit Program | | None | | | Closed | 06/10/20 | J | | |
| 93. -AB Global Real Estate Investment Fd Cl A | A | Dividend | | | Sold | 06/30/20 | J | | |
| 94. -Europacific Growth Fund Class A | A | Dividend | | | Sold | 06/30/20 | J | B | |
| 95. -The Growth Fund of America Class A | A | Dividend | | | Sold | 06/30/20 | J | C | |
| 96. -MFS Value Fund Class A | A | Dividend | | | Sold | 06/30/20 | J | B | |
| 97. -Invesco Oppenheimer Global Strategic Income Fund Class A | A | Dividend | | | Sold | 06/30/20 | J | | |
| 98. -Pimco Total Return Class A | A | Dividend | | | Sold | 06/30/20 | J | A | |
| 99. -Small-Cap World Fund Class A | A | Dividend | | | Sold | 06/30/20 | J | C | |
| 100. -Morgan Stanley Bank | A | Interest | J | T | Open | 06/10/20 | J | | |
| 101. -Ishares Edge MSCI Min Volatility EAFE ETF | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 102. Matthews Asia Dividend Investor CL | A | Dividend | J | T | Buy | 06/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Short Term Investment Grade Admiral CL | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 104. Vanguard Large Cap ETF | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 105. -Vanguard Long Term Bond Index ETF | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 106. -Vanguard Mid Cap ETF | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 107. -Vanguard Total Bond Index ETF | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 108. -Vanguard Total World Stock ETF | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 109. -Victory Integrity Small-Cap Value Fund | A | Dividend | | | Sold | 06/30/20 | J | | |
| 110. -Washington Mutual Investors Fund Class A | A | Dividend | | | Sold | 06/30/20 | J | B | |
| 111. College Fund #1 (H) | | | | | | | | | |
| 112. -The Bond Fund of America -529A | A | Dividend | J | T | | | | | |
| 113. -The Growth Fund of America - 529A | A | Dividend | K | T | | | | | |
| 114. -The Income Fund of America - 529A | A | Dividend | J | T | | | | | |
| 115. -New Perspective Fund - 529A | A | Dividend | J | T | | | | | |
| 116. -Washington Mutual Investors Fund - 529A | A | Dividend | J | T | | | | | |
| 117. College Fund #2 (H) | | | | | | | | | |
| 118. -NYS 529 College Svgs Plan Moderate Age-Based Opt Conservative Growth | | None | M | T | Buy (add'l) | 05/08/20 | J | | See Note 1, Part VIII |
| 119. | | | | | Buy (add'l) | 05/15/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Locke, Steven I.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 121. College Fund #3 (H) | | | | | | | | | |
| 122. -NYS 529 College Svgs Plan Moderate Age-Based Opt Conservative Growth | | | | | Sold | 03/06/20 | M | | See Note 1, Part VIII |
| 123. -NYS 529 College Svgs Plan Moderate Age-Based Conservative Portfolio | None | M | T | | Buy | 03/06/20 | M | | |
| 124. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 125. | | | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 126. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 127. Rental Property #1, Brooklyn, NY See Note 2, Part VIII | F | Rent | P1 | R | | | | | |
| 128. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Locke, Steven I.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes to Part VII.

Note 1.  College Funds which do not report income as an item separate from change in value.

Note 2.  Property was purchased in 2002 for $1,335,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven I. Locke**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544